# Commonwealth ex rel. Meholchick, Appellant, *v.* Maroney.

Submitted January 8, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Raymond Meholchick,* appellant, in propria persona.

*Ralph J. Johnston,* Assistant District Attorney, and *Stephen A. Teller,* District Attorney, for appellee.

OPINION PER CURIAM, April 21, 1964:
Order affirmed.